MERCANTILE STATE BANK OF MINNEAPOLIS v. SECURITY
ELEVATOR COMPANY AND OTHERS.
METROPOLITAN NATIONAL BANK OF MINNEAPOLIS v.
SECURITY ELEVATOR COMPANY AND OTHERS.[1]

November 21, 1924.

Nos. 24,034, 24,036.

CASE FOLLOWED.
Cases covered by decision in Midland National Bank of Minneapolis v. Security Elevator Company, which immediately precedes these cases.

*Harris, Richardson* and *Chester L. Caldwell*, for appellant.
*Allen & Fletcher*, for respondents.

PER CURIAM.
The facts in these cases are similar to those in the case of Midland National Bank of Minneapolis v. Security Elevator Company, the opinion in which immediately precedes these cases. No question is presented not disposed of in that opinion. For the reasons therein stated the order appealed from must be and is affirmed.

HOLT, J., took no part.

[1]Reported in 200 N. W. 857.